UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JASON HOSEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   14-cv-03299 |
| | ) |
| MEMORIAL MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## OPINION

**SUE E. MYERSCOUGH, U.S. District Judge:**

Plaintiff Jason Hosea, pro se, has filed suit under 42 U.S.C. § 1983 against Memorial Medical Center of Springfield, Illinois, and unknown security guards and nurses working at Memorial Medical Center for alleged racial discrimination in their treatment of Hosea, a black man, while he visited his aunt in the hospital.  On November 11, 2014, Defendants filed a Motion to Dismiss Plaintiff's suit (d/e 8), based on the allegations in Plaintiff's original Complaint (d/e 1).  On August 21, 2015, this Court issued an Opinion granting Defendants' motion, dismissing Plaintiff's complaint without prejudice, and directing Plaintiff to file an amended complaint if he chooses (d/e 12).  On August 27, 2015,

Plaintiff filed an Amended Complaint (d/e 13).  On September 9, 2015, Defendant filed a Motion to Dismiss for Failure to State a Claim (d/e 14) and an Amended Motion to Dismiss for Failure to State a Claim (d/e 15).

The Court dismissed Plaintiff's original Complaint because Plaintiff did not state allegations sufficient to show he had a claim against the Defendants either under 42 U.S.C. § 1983 or Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d.  The Court directed Plaintiff to file an amended complaint if he so chose to give Plaintiff an opportunity to allege additional acts to support a claim under either statute.  Plaintiff's Amended Complaint only restates the same allegations from his original complaint, without adding any new allegations.  The Court has given Plaintiff two opportunities to plead allegations sufficient to support a claim, and he has not done so.

## I.      **CONCLUSION**

For the forgoing reasons, the Court adopts the facts, relevant law, and findings of its August 21, 2015 Opinion.  Defendant Memorial Medical Center's Amended Motion to Dismiss (d/e 15) is

GRANTED.  Defendant Memorial Medical Center's Motion to Dismiss (d/e 14) is DENIED AS MOOT.  Plaintiff Jason Hosea's Amended Complaint is DISMISSED WITH PREJUDICE.  This case is CLOSED.

IT IS SO ORDERED.

ENTER:  October 16, 2015

FOR THE COURT:             s/ Sue E. Myerscough
                           SUE E. MYERSCOUGH
                           UNITED STATES DISTRICT JUDGE